767 A.2d 549

**Richard A. COLE, M.D., Petitioner,**

v.

**Kirk PRICE, Respondent.**

Supreme Court of Pennsylvania.

March 13, 2001.

## *ORDER*

PER CURIAM:

**AND NOW,** this 13th day of March, 2001, the petition for allowance of appeal is granted limited to the issue of whether the action should have been dismissed because of an improper caption under Pa. R. C.P.2004. Matter to be submitted on briefs.